# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MAPLE MANAGER, LLC, et al., <br><br> Defendants. | No. 23-cv-04207 <br><br> Judge Andrea R. Wood |

## ORDER AND JUDGMENT

This matter comes before the Court on the Parties' Joint Motion for Entry of Declaratory Judgment by Plaintiff/Counter-Defendant Travelers Casualty and Surety Company of America ("Travelers") and Defendants Maple Manager, LLC ("Maple") and Jerald Lasky ("Lasky"), and with the Parties having demonstrated to the Court that:

1. This is a lawsuit for declaratory judgment pursuant to 28 U.S.C. §§ 2201 and 2202 in which Travelers seeks a declaration that it has no duty to defend or indemnify Maple and Lasky, under a Travelers Wrap+ Policy issued by Travelers to Maple Hospitality Group, LLC as the first named insured under policy no. 107766700, with a policy period of January 6, 2023 to January 6, 2024 (the "Policy"), for two underlying lawsuits.

2. The two underlying lawsuits that are the subject of the coverage dispute in this action are captioned *Dylan Bates, et al. v. LP Manager, LLC, et al.,* Case No. 22 CH 6190, (the "Investor Suit") and *Dylan Bates v. Maple Manager, LLC*, Case No. 23 CH 0407 (the "Liquidating Trustee Suit") (collectively, the "Underlying Lawsuits").

3. The Parties have settled and resolved disputes between them regarding coverage under the Policy for the Underlying Lawsuits and have requested entry of declaratory judgment and the Court's declaration that Travelers has no obligation under the Policy to defend or indemnify Maple or Lasky against the Underlying Lawsuits.

Accordingly, for the reasons set forth above, this Court Orders and Declares that:

A. Travelers Casualty and Surety Company of America has no obligation under Travelers policy no. 107766700 to defend or indemnify Maple Manager, LLC or Jerry Lasky against the lawsuits captioned *Dylan Bates, et al. v. LP Manager, LLC, et al.,* Case No. 22 CH 6190, and *Dylan Bates v. Maple Manager, LLC*, Case No. 23 CH 0407, pending in the Circuit Court of Cook County, Illinois; and

B. The Clerk shall enter judgment accordingly and close this case.

C. This is a Final Judgment.

IT IS SO ORDERED this 8th day of August, 2024.

BY THE COURT:

_____
Andrea R. Wood
United States District Judge